IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,

  v.                                                   ORDER

LONZO J. STANLEY,                        03-CR-62-S-01

                Defendants.
_____

    On July 14, 2004 judgment of conviction was entered in the above entitled matter. Defendant now moves for a copy of the plea and sentencing transcripts. These transcripts have not been prepared. In addition, defendant has not shown a need for the transcripts more than three years after his judgment of conviction. Accordingly, defendant's motion for transcripts will be denied.

                                    ORDER

    IT IS ORDERED that defendant's motion for transcripts is DENIED.

    Entered this 20th day of November, 2007.

                                BY THE COURT:

                                        /s/
                              _____
                              JOHN C. SHABAZ
                              District Judge