IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LONZO J. STANLEY,

                                                                                      ORDER

                    Petitioner,

                                                                  03-cr-62-bbc

     v.                                                     15-cv-222-bbc

UNITED STATES OF AMERICA,

                    Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The order entered in this case on June 5, 2015 is amended by deleting the last three sentences in the last paragraph beginning on page 4 and substituting the following two sentences therefore:

> Because Moore was not decided by the United States Supreme Court, it did not start the running of a new one-year period for filing a § 2255 motion. Even if it had, the year would have expired on December 11, 2012, long before petitioner filed his motion.

In all other respects, the order remains as entered on June 5, 2015.

Entered this 9th day of June, 2015.

                                            BY THE COURT:

                                            /s/
                                            BARBARA B. CRABB
                                            District Judge